# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN WIRELESS CORP., <br><br> Plaintiff, <br> v. <br> C-MOTECH CO., LTD, <br><br> Defendant. | CASE NO. 14cv0440 JM(BGS) <br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On July 16, 2014, Defendant C-Motech Co., Ltd. ("C-Motech") notified the court of its Chapter 15 bankruptcy proceeding and the imposition of the automatic stay pursuant to 11 U.S.C. §362. In response to the court's latest request for a status report, on March 2, 2018, Plaintiff Franklin Wireless Corp. informed the court that C-Motech's bankruptcy proceeding has been dismissed and that the company has been dissolved and no longer doing business. Consequently, Plaintiff does not oppose the dismissal of this action without prejudice, with the parties to bear their own fees and costs.

In sum, the court dismisses the action without prejudice, with the parties to bear their own fees and costs. The Clerk of Court is directed to terminate this file.

**IT IS SO ORDERED.**

DATED: March 5, 2018

                                        Hon. Jeffrey T. Miller
                                        United States District Judge

cc:        All parties